| AO-10 Rev. 1/2002 | **FINANCIAL DISCLOSURE REPORT** **FOR NOMINEE REPORTS** | *Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111)* |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)* Selna, James V. | 2. Court or Organization District Court, Central District of California | 3. Date of Report May 5, 2003 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* United States District Judge, Active | 5. ReportType (check appropriate type) Nomination Date ___ Initial __X__ Annual ___ Final | 6. Reporting Period January 1, 2003 to December 31, 2003 |
| 7. Chambers or Office Address 411 W. 4th Street Santa Ana, CA 92701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Judge of the Superior Court | California Superior Court for the County of Orange (resigned April 30, 2003) |
| 2 Trustee; Trustee | Trust No. 1; Trust 2 |
| 3 Custodian | Custodian Account 1 See continuation page. |

RECEIVED MAY 10 10 55 AM '04 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 1978 | O'Melveny & Myers LLP Partnership Agreement, retirement benefit, no control. |
| 2 1998 | CALPERS—Judicial Retirement System; pension upon retirement at age 73 (resigned April 30, 2003–no longer participant). |
| 3 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2003 | State of California–judicial salary (resigned April 30, 2003) | $ 33,575.04 |
| 2 2003 | County of Orange State of California–judicial salary (resigned April 30, 2003) | $ 8,332.29 |
| 3 2003 | O'Melveny & Myers LLP–retirement pension | $ 87,780.00 |
| 4 2003 | Selna Descendants Trust for the Benefit of James V. Selna–life income beneficiary of trust | $ 10,366.00 |
| 5 2003 | State of California, Judges Retirement System–one time pension rollover payment | $ 47,191.25 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | Association of Business Trial Lawyers | March 28-30, 2003, Del Mar, CA, meeting of state-wide board members (meals and room) |
| 2 | Association of Business Trial Lawyers | October 16-19, 2003 Albuquerque, NM, annual meeting (transportation, meals, and room) |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☒ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☒ NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

Value Codes    J=$15,000 or less    K=$15,001-$50,000 L=$50,001-$100,000    M=$100,001-
$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Selna, James V. | May 5, 2003 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amt. Code | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code | C. (2) Value Method Code Q=Appr. | D. Transactions during reporting period (1) Type (e.g. buy, sell merger redemption) | D. (2) Date month day yr. | D. (3) Value Code | D. (4) Gain Code | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, | | | | | | | | | |
| 1 Real Property: | | | | | | | | | |
| 2 Parcel 1, Cambria, CA | None | | M | W | | | | | |
| 3 Parcel 2, Antelope Valley, CA | None | | K | W | | | | | |
| 4 Parcel 3, San Bernardino, CA | None | | K | W | | | | | |
| | | | | | | | | | |
| Held in Account 1: | | | | | | | | | |
| 5 AT&T Corp common | A | Div. | J | T | | | | | |
| 6 AT & T Wireless common | None | | J | T | | | | | |
| 7 AOL Time Warner common | None | | K | T | Exch./Sell | 10-16 | J | A | |
| Time Warner Inc | None | | K | T | Exch./Buy | 10-16 | J | | |
| 8 Boeing Co. common | A | Div. | K | T | | | | | |
| Comcast Corp. class A common | None | | J | T | | | | | |
| 9 Corning common | None | | J | T | | | | | |
| 10 Dole Foods common | A | Div. | K | T | Sell | 3-31 | K | B | |
| 11 FEDEX Corp. common | A | Div. | L | T | Sell | 10-13 | L | E | |



Income Gains Codes    A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1 D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
Value Codes    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
    P3=More than $50,000,000
Value Method Codes    Q=Appraisal    R=Cost (Real Estate Only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book Value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: Selna, James V.

Date of Report: May 5, 2004

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) / Place "(X)" after each asset exempt from prior disclosure | Income during reporting period (A1) Amt Code | (A2) Type (Div, rent, int.) | Gross value at end of reporting period (C1) Value Code | (C2) Value Method Code | Transactions during reporting period (D1) Type (buy, sell, merger, redemption) | (D2) Date Month Day | (D3) Value Code | (D4) Gain Code | (D5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| General Electric common | B | Div. | M | T | | | | | |
| | | | | | Add. Buy | 10-27 | L | | |
| 12 JDS Uniphase common | None | | J | T | | | | | |
| 13 Este Lauder Co. common | A | Div. | J | T | | | | | |
| 14 Liberty Media B common | None | | J | T | | | | | |
| Limited Brands common | A | Div. | K | T | | | | | |
| 15 McKesson Corp. common | A | Div. | K | L | | | | | |
| 16 Microsoft common | A | Div. | M | T | | | | | |
| Motorola common | A | Div | K | T | | | | | |
| 17 Newell Rubbermaid common | A | Div. | K | T | | | | | |
| 18 Occidental Pet. common | B | Div. | K | T | Sell | 10-10 | K | D | |
| 19 Office Depot common | None | | J | T | | | | | |
| 20 Pepsico Inc. common | A | Div. | J | T | | | | | |
| SBC Communications | B | Div. | K | T | | | | | |
| 21 Toys R Us common | None | | J | T | Sell | 10-27 | J | A | |
| Tyson Foods Inc. common | A | Div. | K | T | | | | | |
| 22 Walmart common | A | Div. | L | T | | | | | |
| 23 Watson Pharmeceuticals common | None | | K | T | | | | | |

Income Gain Codes: A=$1,000 or less, B=$1,001-$2,500, C=$2,501-$5,000, D=$5,001-$15,000, E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000, G=$100,001-$1,000,000, H1=$1,000,001-$5,000,000, H2=More than $5,000,000
Value Codes: J=$15,000 or less, K=$15,001-$50,000, L=$50,001-$100,000, M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000, O=$500,001-$1,000,000, P1=$1,000,001-$5,000,000, P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000, P4=More than $50,000,000
Value Method Codes: Q=Appraisal, R=Cost (real estate only), S=Assessment, T=Cash/Market
(See Col. C2) U=Book value, V=Other, W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period Amt. Code 1 (A-H) | Income during reporting period Type (e.g. div, rent or int.) | Gross value at end of reporting period Value Code 2 (J-P) | Gross value at end of reporting period Value Method Code 3 (Q-W) | Transactions during reporting period Type (e.g. buy, sell merger, redemption) | Transactions during reporting period Date Month Day | Transactions during reporting period Value Code 2 (J-P) | Transactions during reporting period Gain Code 1 (A-H) | Transactions during reporting period Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 24 Washington Mutual common | C | Div. | M | T | | | | | |
| | | | | | Additional Buy | 10-27 | K | | |
| 25 Xcel Energy Inc. common | B | Div. | L | T | | | | | |
| 26 Charles Schwab Muni Money Fund | B | Div. | L | T | | | | | |
| Bellsouth Corp. common | None | | K | T | Buy | 10-9 | K | | |
| Albertsons Inc. Common | B | Div. | K | T | Buy | 4-7 | K | | |
| Held in Account 2: | | | | | | | | | |
| 27 Northern Trust Municipal Money | C | Int. | O | T | | | | | |
| Held in Account 3: | | | | | | | | | |
| 28 Agee Class A common | None | | J | T | Sell | 11-24 | J | A | |
| Time Warner Inc. common | None | | J | T | Buy/Exch. | 10-16 | J | | |
| AOL Time Warner | None | | J | T | Sell/Exch. | 10-16 | J | A | |
| 29 Sun Microsystems common | None | | J | T | | | | | |
| 30 Charles Schwab Money Market | A | Div. | J | T | | | | | |
| Held in Account 4: | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34–57 of Instructions.)*

☐ **NONE** (No reportable income, assets, or transactions)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 31 | Citigroup common | A | Div. | J | T | | | | |
| 32 | Duke-Energy common | A | Div. | J | T | | | | |
| 33 | Montana Power Capital | None | | J | T | | | | |
| 53 | Schwab S & P 500 Investors Funds | A | Div. | J | T | | | | |
| 54 | Charles Schwab Money Market | A | Div. | J | T | | | | |
| | Held in Account 5: | | | | | | | | |
| 56 | AT & T Corp. common | A | Div. | J | T | | | | |
| 57 | AT & T Wireless common | None | | J | T | | | | |
| 58 | Agere Class A common | None | | J | T | Sell | 11-24 | J | A |
| | Comcast Corp. common | None | | J | T | | | | |
| 59 | Albertsons common | A | Div. | L | T | | | | |
| | | | | | | Add. Buy | 10-27 | K | |
| 60 | AOL Time Warner common | None | | J | T | Sell/Exch. | 10-16 | J | A |
| | Time Warner Inc. | None | | J | T | Buy/Exch. | 10-16 | J | |
| 61 | Baker Hughes Inc. common | A | Div. | K | T | | | | |
| 62 | Bethlehem Steel Corp. common | None | | J | T | | | | |
| | Boeing Co. common | A | Div. | L | T | | | | |

## VII. Page 5 INVESTMENTS and TRUSTS    income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code (A-H) | (2) Type (e.g. div. rent int.) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| | | | | | Add. Buy | 3-28 | K | | |
| 65  Brown Shoe Co. common | A | Div. | J | T | Sell | 8-28 | K | D | |
| 66  CSX Corp. common | A | Div | K | T | | | | | |
| 67  Carmax Inc. common | None | | J | T | Sell | 10-14 | J | C | |
| 68  Circuit City common | A | Div. | J | T | Sell | 9-15 | J | D | |
| 69  Cisco Systems common | None | | K | T | | | | | |
| Conagra Foods common | C | Div. | L | T | | | | | |
| | | | | | Add. Buy | 4-8 | K | | |
| Coupon Treas Rcpt 02/15/08 | None | | L | T | | | | | |
| Coupon Treas Rcpt 05/15/02 | None | | L | T | | | | | |
| GNMA PL #422670 | A | Interest | J | T | | | | | |
| | B | Principal | | | | | | | |
| Dell Computer common | None | | K | T | | | | | |
| Delphi Corp. common | A | Div. | L | T | | | | | |
| | | | | | Add. Buy | 7-9 | K | | |
| Edison International common | None | | J | T | | | | | |
| Ets. Delhaize ADRs | A | Div. | J | T | | | | | |
| Fluor Corp. common | A | Div. | K | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 6 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div. rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Ford Motor Co. common | A | Div. | K | T | | | | | |
| Hewlett-Packard common | A | Div. | J | T | | | | | |
| Jones Apparel common | None | | J | T | | | | | |
| K2 Inc. common | None | | J | T | Sell | 8-25 | K | D | |
| Liberty Media Cl. A common | None | | J | T | | | | | |
| Lucent Technology common | None | | J | T | | | | | |
| Mattel Inc. common | A | Div. | J | T | | | | | |
| Manitowoc common | A | Div. | K | T | | | | | |
| Micron Technology common | None | | J | T | | | | | |
| Microsoft common | A | Div. | L | T | | | | | |
| Motorola common | A | Div. | K | T | | | | | |
| Occidental Petroleum common | A | Div. | K | T | Sell | 4-8 | L | E | |
| Office Depot common | None | | K | T | | | | | |
| Oracle common | None | | L | T | | | | | |
| PG & E Corp | None | | J | T | | | | | |
| Phelps Dodge common | None | | J | T | Sell | 10-27 | J | B | |
| Rockwell Automation | A | Div. | J | T | Sell | 10-27 | J | A | |
| Rockwell Collins common | A | Div. | K | T | | | | | |
| SBC Communication common | B | Div. | K | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less; B=$1,001-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000
(See Col. B1, D4); F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2. Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001-$100,000; M=$100,001-$250,000;
(See Col. C1, D3); N=$250,001-$500,000; O=$500,001-$1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000;
P3=$25,000,001-$50,000,000; P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal; R=Cost (real estate only); S=Assessment; T=Cash/Market
(See Col. C2); U=Book Value; V=Other; W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Selna, James V. | May 5, 2004 |

## VII. Page 7 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Sempra Energy common | A | Div. | K | T | | | | | |
| Seagate Technology | None | | J | T | | | | | |
| Sun Microsystems common | None | | J | T | | | | | |
| Thermo Electron common | None | | J | T | | | | | |
| Tyson Foods Inc. Common | A | Div. | J | T | | | | | |
| United States Steel common | A | Div. | L | T | | | | | |
| | | | | | Add. Buy | 8-25 | J | | |
| Veritas Software common | None | | J | T | | | | | |
| Viacom Class B common | A | Div. | K | T | | | | | |
| Waste Management common | A | Div. | K | T | | | | | |
| Xcel Energy, Inc. Common | A | Div. | J | T | | | | | |
| Charles Schwab Money Market Fund | A | Div. | M | T | | | | | |
| Washington Mutual common | A | Div. | K | T | Buy | 10-27 | K | | |
| | | | | | | | | | |
| Held in Account 6: | | | | | | | | | |
| Gar InvDes Moderate | A | Div. | J | T | Sell/ Rollover | 6-1 | J | A | |
| Vanguard US Growth Admiral | A | Div. | J | T | Sell/ Rollover[1] | 6-1 | K | A | |

[1] Monthly acquisition via pay roll deduction of $909.

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market

## VII. Page 8 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Transactions during reporting period (1) Type (e.g. buy, sell, merger redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| | | | | | | | | | |
| Held in Account 7: | | | | | | | | | |
| Charles Schwab Money Market Fund | A | Div. | J | T | | | | | |
| IBM common | A | Div. | J | T | | | | | |
| Invision common | None | | J | T | | | | | |
| Sun Microsystems common | None | | J | T | | | | | |
| | | | | | | | | | |
| Held as Custodian: | | | | | | | | | |
| Toys R Us Inc | None | | J | T | | | | | |
| Xcel Energy Inc. common | B | Div. | K | T | | | | | |
| Charles Schwab Money Market Fund | A | Div. | J | T | | | | | |
| | | | | | | | | | |
| Trust No. 1: | | | | | | | | | |
| BankAmerica bond 10/15/11 | A | Int. | J | T | | | | | |
| Southern California Edison bond 7/15/25 | A | Int. | J | T | | | | | |
| Southern California Edison bond 3/1/26 | A | Int. | J | T | | | | | |
| Northern CA Tr note 5.1.20 | A | Int. | J | T | Redeemed | 5-1 | J | A | |
| AmerisourceBergen Corp. common | A | Div. | J | T | | | | | |
| Beverly Enterprises common | None | | J | T | | Sell | 10-27 | J | A | |

1. Income/Gain Codes: A=$1,000 or less; B=$1,001-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000;
(See Col. B1, D4) F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000.
2. Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001-$100,000; M=$100,001-$250,000;
(See Col. C1, D3) N=$250,001-$500,000; O=$500,001-$1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000;
P3=$25,000,001-$50,000,000; P4=More than $50,000,000.
3. Value Method Codes: Q=Appraisal; R=Cost (real estate only); S=Assessment; T=Cash/Market;
V=Other; W=Estimated.

## VII. Page 9 INVESTMENTS and TRUSTS — income, value, transactions  (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| BRE Properties Inc. Cl. A | A | Div. | K | T | | | | | |
| Entergy Corp. common | A | Div. | K | T | | | | | |
| Insmed Inc. common | None | | J | T | | | | | |
| National Grid Transco common | A | Div. | J | T | | | | | |
| Nicor Inc. common | B | Div. | K | T | | | | | |
| Occidental Petroleum common | A | Div. | J | T | Sell | 10-27 | J | B | |
| Sempra Energy common | A | Div. | J | T | | | | | |
| Velocityhsi Inc. common | None | | J | T | | | | | |
| Xcel Energy Inc. common | A | Div. | J | T | | | | | |
| Urstadt Biddle Properties | A | Div | J | T | | | | | |
| Urstadt Biddle Class A | A | Div. | J | T | | | | | |
| WEC Capital Trust I 13/31/39 | A | Int. | J | T | | | | | |
| Charles Schwab Money Market Fund | A | Div. | K | T | | | | | |
| Antelope Valley, CA Parcels (half interest) | None | | K | W | | | | | |
| Washington Mutual common | None | | K | T | Buy | 11-25 | K | | |
| | | | | | | | | | |
| Trust No. 2: | | | | | | | | | |
| Schwab Value Advantage Fund | A | Div | M | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market

# FINANCIAL DISCLOSURE REPORT

## VII. Page 10  INVESTMENTS and TRUSTS — income, value, transactions  *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

| (No reportable income, assets, or transactions) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BankAmerica bond 10/15/11 | A | Div. | J | T | | | | |
| Ford Motor Credit note 1/25/07 | B | Int. | K | T | | | | |
| Southern California Edison bond 7/15/25 | A | Int. | J | T | | | | |
| Southern California Edison bond 3/1/26 | A | Int. | J | T | | | | |
| Los Angeles, CA bond 3/1/15 | B | Int. | K | T | | | | |
| Northern California Transmission note 5/1/20 | A | Int. | J | T | Redeemed | 5-1 | J | A |
| GNMA PL #569964 | A | Int. | | T | | | | |
| | D | Principal | | | | | | |
| Federal Home Loan Bank 1/30/08 | A | Int. | K | T | | | | |
| AmerisourceBergen Corp. common | A | Div. | J | T | | | | |
| Beverly Enterprises common | None | | J | T | Sell | 10-27 | J | A |
| Entergy Corp. common | A | Div. | K | T | | | | |
| National Grid Transco common | A | Div. | J | T | | | | |
| Nicor Inc. common | B | Div. | K | T | | | | |
| Occidental Petroleum common | A | Div. | J | T | Sell | 11-25 | J | A |
| Sempra Energy common | A | Div/ | J | T | | | | |
| Velocityhsi Inc. common | None | | J | T | | | | |
| Xcel Energy Inc. common | A | Div. | J | T | | | | |

## VII. Page 11 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| BRE Properties Inc | A | Div. | K | T | | | | | |
| Urstadt Biddle Properties | A | Div. | J | T | | | | | |
| Urstadt Biddle Class A | A | Div. | J | T | | | | | |
| WEC Capital Trust I 3/31/39 | A | Int. | J | T | | | | | |
| Charles Schwab Money Market Fund | A | Div. | L | T | | | | | |
| Northern Trust CDs | B | Int. | | | | | | | |
| Antelope Valley Parcels | None | | K | W | | | | | |
| Washington Mutual common | A | Div. | K | T | Buy | 10-27 | K | | |
| BellSouth Corp. common | None | | L | T | Buy | 10-27 | L | | |
| | | | | | | | | | |
| O & M Investment Partners: | | | | | | | | | |
| O & M Investment Partners/Lesser/Moore | B | Distr. | J | U | | | | | |
| O & M Investment Partners/McCown de Lueew | None | | J | U | | | | | |
| O & M Investment Partner/Playa Vista | None | | J | U | | | | | |
| O & M Investment Partners/Playa Vista II | None | | J | U | | | | | |
| O & M Investment Partners/Post Street | None | | J | U | | | | | |
| O & M Investment Partners/PWT 1990 Rancho San Diego | B | Distr. | J | U | | | | | |
| O & M Investment Partners/TCW Placements Fund III | A | Distr. | J | U | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
W=Estimated

## VII.  Page 12  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of*
*spouse and dependent children.  See pp. 34-57 of Instructions.)*

| | NONE (No reportable income, assets, or transactions) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| O & M Investment Partners/Wedbush ital | None | | J | U | | | |
| O & M Investment Partners/Windon ital | C | Distr. | J | U | | | |
| | | | | | | | |
| Bank Accounts: | | | | | | | |
| Washington Mutual | A | Int. | J | T | | | |
| Bank of America | A | Int. | J | T | | | |
| Northern Trust | B | Int. | | T | | | |
| | | | | | | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | May 5, 2004 |

## VII. Page 13 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt. Code (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,000-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

See attached.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____       Date ___5.5.05___

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

Financial Disclosure Report, May 5, 2004–Continuation Pages
James V. Selna

## I. Positions.

| 4. | Trustee | Orange County Public Law Library (resigned April 17, 2003) |
|----|---------|-----------------------------------------------------------|
| 5 | Director | Association of Business Trial Lawyers, Orange County, CA Chapter |
| 6. | Director | Federal Bar Association, Orange County, CA Chapter. |

Listing of Entries Not Carried Forward from January 31, 2003 Form AO-10

The following sets forth each entry in the January 31, 2003 Form AO-10 not carried forward and the reason therefor. The following notes are applicable:

Note 1. Position not required to be disclosed per advice the Chair of the Committee on Financial Disclosures in her letter of February 21, 2003 (copy attached).

Note 2. Investment sold in 2002. Details of sale transaction not required to be disclosed in Nomination Report.

Note 3. Investment was below the reporting level for value and/or income as of December 31, 2003.

| Section of January 31, 2003 Report | Description of Position/Investment | Reason for Deletion |
|---|---|---|
| **Section I** | | |
| Addendum | Partner, O & M Investment Partners–Lesser/Moore | Note 1. |
| | Partner, O & M Investment Partners–McCowan/Deleeuw | Note 1. |
| | Partner, O & M Investment Partners–Playa Vista Car Care Ltd. | Note 1. |
| | Partner, O & M Investment Partners–Playa Vista Car Care Ltd. II | Note 1. |
| | Partner, O & M Investment Partners–Post Renaissance Partners | Note 1. |
| | Partner, O & M Investment Partners–PWT 1990 Rancho San Diego | Note 1. |
| | Partner, O & M Investment Partners–TCW Placement Fund III | Note 1. |
| | Partner, O & M Investment Partners–Thousand Oaks Commercial Development | Note 1. |

| | | |
|---|---|---|
| | Partner, O & M Investment Partners–Wedbush Capital Partners | Note 1. |
| | Partner, O & M Investment Partners–Windon Capital Management | Note 1. |
| | | |
| Section VII, Real Property | Parcel 4, Lahaina, HI | Note 2. |
| | | |
| Section VII, p. 1 Account 1 | AmerisourceBergen common | Note 2. |
| | Bergen Brunswig common | Exchanged for AmerisourceBergen in 2002. See preceding entry. |
| | Brown Shoe common | Note 2. |
| | Intimate Brands common | Note 2. |
| | Liberty Satellite common | Note 3. |
| | Newhall Land common | Donated to charity in 2002. Note 2. |
| | | |
| Section VII, p. 3 Account 2 | California State Department of Veterans Affairs bond | Note 2. |
| | California State Public Works bond | Note 2. |
| | Irvine, CA Pub. & Facilities Infrastructure bond | Note 2. |
| | Oakland, CA Jt Pwrs Financing bond | Note 2. |
| | | |
| Section VII, p. 4 Account 5 | Connexant common | Note 2. |
| | Compaq Computers common | Exchanged for Hewlett-Packard. Note 2. |
| | Liberty Satellite common | Note 3. |
| | | |
| Section VII, p. 8 Account 7 | Liberty Satellite common | Note 3. |
| | Compaq Computer Corp. | Note 2. |

Financial Disclosure Report, May 5, 2004–Continuation Pages
James V. Selna

| | | |
|---|---|---|
| Section VII, p. 11 Trust 3 | Northern Trust CD | Note 2. |
| | | |
| | | |